# UNITED STATES DISTRICT COURT

**EASTERN** District of **CALIFORNIA**

| | |
|---|---|
| **Jesus Diaz** <br> Plaintiff (s), <br> V. <br> **Elizarraras et. al** <br> Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** <br><br> CASE NUMBER: 2:21-cv-01944-CKD |

Notice is hereby given that, subject to approval by the court, __Jesus Diaz__ substitutes
(Party (s) Name)

__Paige S. Poupart__, State Bar No. __343547__ as counsel of record in place
(Name of New Attorney)

place of __Jesus Diaz, in pro per__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | FILER \| PALMER, LLP |
| Address: | 249 East Ocean Boulevard, Suite 501 Long Beach, CA 90802 |
| Telephone: | 562.304.5200      Facsimile  562.394.0504 |
| E-Mail (Optional): | paige @filerpalmer.com |

I consent to the above substitution.

Date: 06/21/2022

Jesus Diaz
SENT VIA U.S. MAIL ONLY
Jesus G12594 Diaz
(Signature of Party (s))

I consent to being substituted.

Date: 06/21/ 2022

Jesus Diaz
SENT VIA U.S. MAIL ONLY
Jesus G12594 Diaz
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 06/21/2022

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Dated: June 23, 2022

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE