1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  JOANNA B. HOOD, State Bar No. 264078
   Supervising Deputy Attorney General
3  DANIEL D. MCGEE, State Bar No. 218947
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 210-7895
6   Fax: (916) 324-5567
    E-mail: Daniel.McGee@doj.ca.gov
7  *Attorneys for Defendant*
    *S. Elizarraras*

JUSTIN A. PALMER, State Bar No. 270857
FILER | PALMER, LLP
249 East Ocean Boulevard, Suite 501
Long Beach, CA 90802
Telephone (562) 304-5200
Fax: 562-394-0504
E-mail: justin@filerpalmer.com
*Attorneys for Plaintiff*
  *Jesus Diaz*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JESUS DIAZ,**<br><br>           Plaintiff,<br><br>     v.<br><br>**S. ELIZARRARAS,**<br><br>           Defendant. | 2:21-cv-01944-CKD<br><br>**ORDER MODIFYING DISCOVERY AND SCHEDULING ORDER** |

Good cause appearing, the parties' stipulation is GRANTED, and the Discovery and Scheduling Order (ECF No. 37) is MODIFIED as follows: the parties may conduct discovery until, and file any motion to compel discovery by, **August 25, 2023**; and all pretrial motions, except motions to compel discovery, shall be filed on or before **November 17, 2023**. All remaining terms of ECF No. 37 remain in full force and effect.

IT IS SO ORDERED.

Dated: May 8, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE