| | |
|---|---|
| ROB BONTA, State Bar No. 202668<br>Attorney General of California<br>JOANNA B. HOOD, State Bar No. 264078<br>Supervising Deputy Attorney General<br>DANIEL D. MCGEE, State Bar No. 218947<br>Deputy Attorney General<br> 1300 I Street, Suite 125<br> P.O. Box 944255<br> Sacramento, CA 94244-2550<br> Telephone:  (916) 210-7895<br> Fax:  (916) 324-5567<br> E-mail:  Daniel.McGee@doj.ca.gov<br>*Attorneys for Defendant*<br> *S. Elizarraras* | JUSTIN A. PALMER, State Bar No. 270857<br>FILER \| PALMER, LLP<br>249 East Ocean Boulevard, Suite 501<br>Long Beach, CA 90802<br>Telephone (562) 304-5200<br>Fax: 562-394-0504<br>E-mail: justin@filerpalmer.com<br>*Attorneys for Plaintiff*<br> *Jesus Diaz* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JESUS DIAZ,**<br><br>                                              Plaintiff,<br><br>       v.<br><br>**S. ELIZARRARAS,**<br><br>                                              Defendant. | 2:21-cv-01944-CKD<br><br>**ORDER  MODIFYING DISCOVERY AND SCHEDULING ORDER** |

   Good cause appearing, the parties' stipulation is GRANTED, and the Discovery and Scheduling Order (ECF Nos. 37, 39 and 41) is MODIFIED as follows:  the parties may conduct discovery until, and file any motion to compel discovery by, **March 15, 2024**; and all pretrial motions, except motions to compel discovery, shall be filed on or before **July 1, 2024**.  All remaining terms of ECF No. 37 remain in full force and effect.

   IT IS SO ORDERED.

Dated:  January 10, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE