UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS DIAZ,<br><br>            Plaintiff,<br><br>       v.<br><br>S. ELIZARRARAS,<br><br>            Defendant. | No. 2:21-cv-1944 CKD P<br><br><br>ORDER |

A settlement conference was held in this action on February 26, 2025, and the case settled. Good cause appearing, IT IS HEREBY ORDERED that the parties file a stipulation of dismissal within 14 days or a request for an extension of time to file the stipulation of dismissal if necessary.

Dated: April 8, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE